1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**

8      **CENTRAL DISTRICT OF CALIFORNIA**

9      **WESTERN DIVISION**

10

11    GUILLERMO AYALA HERNANDEZ,          )          No. CV 08-7042-SVW (PLA)
                                          )
12                        Plaintiff,      )
                                          )          **ORDER ADOPTING MAGISTRATE**
13              v.                        )          **JUDGE'S REPORT AND**
                                          )          **RECOMMENDATION**
14    MICHAEL J. ASTRUE,                  )
       COMMISSIONER OF SOCIAL             )
15    SECURITY ADMINISTRATION,            )
                                          )
16                        Defendant.      )
                                          )
17   ——————————————————————

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19   magistrate judge's report and recommendation.  The Court agrees with the recommendations of

     the magistrate judge.
20
            ACCORDINGLY, IT IS ORDERED:
21
            1.      The report and recommendation is adopted.
22
            2.      Plaintiff's request for remand is granted.
23
            3.      The decision of the Commissioner is reversed.
24
            4.      This action is remanded to defendant for further proceedings.
25
     /
26
     /
27
     /
28

5.      Judgment shall be entered consistent with this order.

6.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 22, 2010

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE